UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: E. I. DU PONT DE NEMOURS AND
COMPANY C–8 PERSONAL INJURY
LITIGATION  MDL No. 2433

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –115)

On April 8, 2013, the Panel transferred 7 civil action(s) to the United States District Court for the Southern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 939 F.Supp.2d 1374 (J.P.M.L. 2013). Since that time, 3,440 additional action(s) have been transferred to the Southern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Edmund A. Sargus, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Ohio and assigned to Judge Sargus.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of Ohio for the reasons stated in the order of April 8, 2013, and, with the consent of that court, assigned to the Honorable Edmund A. Sargus, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 09, 2020

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: E. I. DU PONT DE NEMOURS AND COMPANY C–8 PERSONAL INJURY LITIGATION**  MDL No. 2433

### SCHEDULE CTO–115 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

WEST VIRGINIA SOUTHERN

| | | | |
|---|---|---|---|
| WVS | 2 | 20–00197 | Riffle et al v. E. I. du Pont de Nemours and Company et al |
| WVS | 2 | 20–00200 | Smith v. E. I. du Pont de Nemours and Company et al |
| WVS | 2 | 20–00201 | File et al v. E. I. du Pont de Nemours and Company et al |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 4/9/2020 at 8:14 AM EDT and filed on 4/9/2020

**Case Name:** IN RE: E. I. du Pont de Nemours and Company C-8 Personal Injury Litigation
**Case Number:** MDL No. 2433
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-115) Finalized on 4/9/20. Please see pleading ([537] in MDL No. 2433, 4 in WVS/2:20-cv-00197, 4 in WVS/2:20-cv-00200, 4 in WVS/2:20-cv-00201).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 4/9/2020.**

**Associated Cases: MDL No. 2433, WVS/2:20-cv-00197, WVS/2:20-cv-00200, WVS/2:20-cv-00201 (TF)**

**Case Name:** Riffle et al v. E. I. du Pont de Nemours and Company et al
**Case Number:** WVS/2:20-cv-00197
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-115) Finalized on 4/9/20. Please see pleading ( [537] in MDL No. 2433, 4 in WVS/2:20-cv-00197, 4 in WVS/2:20-cv-00200, 4 in WVS/2:20-cv-00201).**

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/9/2020.

Associated Cases: MDL No. 2433, WVS/2:20-cv-00197, WVS/2:20-cv-00200, WVS/2:20-cv-00201 (TF)

**Case Name:** Smith v. E. I. du Pont de Nemours and Company et al
**Case Number:** WVS/2:20-cv-00200
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-115) Finalized on 4/9/20. Please see pleading ( [537] in MDL No. 2433, 4 in WVS/2:20-cv-00197, 4 in WVS/2:20-cv-00200, 4 in WVS/2:20-cv-00201).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 4/9/2020.

Associated Cases: MDL No. 2433, WVS/2:20-cv-00197, WVS/2:20-cv-00200, WVS/2:20-cv-00201 (TF)

**Case Name:** File et al v. E. I. du Pont de Nemours and Company et al
**Case Number:** WVS/2:20-cv-00201
**Filer:**
**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-115) Finalized on 4/9/20. Please see pleading ( [537] in MDL No. 2433, 4 in WVS/2:20-cv-00197, 4 in WVS/2:20-cv-00200, 4 in WVS/2:20-cv-00201).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 4/9/2020.**

**Associated Cases: MDL No. 2433, WVS/2:20-cv-00197, WVS/2:20-cv-00200, WVS/2:20-cv-00201 (TF)**

No public notice (electronic or otherwise) sent because the entry is private

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 4/9/2020 at 8:11 AM EDT and filed on 4/9/2020
**Case Name:**      IN RE: E. I. du Pont de Nemours and Company C-8 Personal Injury Litigation
**Case Number:**    MDL No. 2433
**Filer:**
**Document Number:** 537

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-115) - 3 action(s) *re: pldg. ([532] in MDL No. 2433, 2 in WVS/2:20-cv-00197, 2 in WVS/2:20-cv-00200, 2 in WVS/2:20-cv-00201)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/9/2020.**

**Associated Cases: MDL No. 2433, WVS/2:20-cv-00197, WVS/2:20-cv-00200, WVS/2:20-cv-00201 (TF)**

**Case Name:**      Riffle et al v. E. I. du Pont de Nemours and Company et al
**Case Number:**    WVS/2:20-cv-00197
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-115) - 3 action(s) *re: pldg. ( [532] in MDL No. 2433, 2 in WVS/2:20-cv-00197, 2 in WVS/2:20-cv-00200, 2 in WVS/2:20-cv-00201)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/9/2020.**

**Associated Cases: MDL No. 2433, WVS/2:20-cv-00197, WVS/2:20-cv-00200, WVS/2:20-cv-00201 (TF)**

**Case Name:**      Smith v. E. I. du Pont de Nemours and Company et al
**Case Number:**    WVS/2:20-cv-00200

**Filer:**

**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-115) - 3 action(s)** *re: pldg. ( [532] in MDL No. 2433, 2 in WVS/2:20-cv-00197, 2 in WVS/2:20-cv-00200, 2 in WVS/2:20-cv-00201)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/9/2020.**

**Associated Cases: MDL No. 2433, WVS/2:20-cv-00197, WVS/2:20-cv-00200, WVS/2:20-cv-00201 (TF)**

| | |
|---|---|
| **Case Name:** | File et al v. E. I. du Pont de Nemours and Company et al |
| **Case Number:** | WVS/2:20-cv-00201 |

**Filer:**

**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-115) - 3 action(s)** *re: pldg. ( [532] in MDL No. 2433, 2 in WVS/2:20-cv-00197, 2 in WVS/2:20-cv-00200, 2 in WVS/2:20-cv-00201)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/9/2020.**

**Associated Cases: MDL No. 2433, WVS/2:20-cv-00197, WVS/2:20-cv-00200, WVS/2:20-cv-00201 (TF)**


**MDL No. 2433 Notice has been electronically mailed to:**

**MDL No. 2433 Notice will not be electronically mailed to:**

**WVS/2:20-cv-00197 Notice has been electronically mailed to:**

F. Jerome Tapley     rlutz@corywatson.com

Niall A Paul     npaul@spilmanlaw.com

Elizabeth Ellis Chambers     c8@corywatson.com

Matthew L Clark     matthew.clark@kayserlayneclark.com

Damond R. Mace     MDL2433@squirepb.com, cle_dckt@squirepb.com, pamela.haddon@squirepb.com

Stephen M. Fazio     stephen.fazio@squirepb.com

Jon C. Conlin     c8@corywatson.com, lstovall@cwcd.com, mtheodore@corywatson.com

Clifford F. Kinney, Jr     ckinney@spilmanlaw.com, cdinklocker@spilmanlaw.com, sburch@spilmanlaw.com

NINA TOWLE HERRING     c8@corywatson.com

Mitchell T. Theodore     c8@corywatson.com

Brett C Thompson     c8@corywatson.com

Marques P.D. Richeson     MDL2433@squirepb.com

**WVS/2:20-cv-00197 Notice will not be electronically mailed to:**

**WVS/2:20-cv-00200 Notice has been electronically mailed to:**

F. Jerome Tapley     jtapley@corywatson.com, rlutz@corywatson.com

Niall A Paul     npaul@spilmanlaw.com

Elizabeth Ellis Chambers     c8@corywatson.com

Damond R. Mace     MDL2433@squirepb.com, cle_dckt@squirepb.com, pamela.haddon@squirepb.com

Stephen M. Fazio     stephen.fazio@squirepb.com

Jon C. Conlin     jconlin@corywatson.com, lstovall@cwcd.com, mtheodore@corywatson.com

Gregory H. Collins     gcollins@cruglaw.com

Clifford F. Kinney, Jr     ckinney@spilmanlaw.com, cdinklocker@spilmanlaw.com, sburch@spilmanlaw.com

Ethan Vessels     ethan@fieldsdehmlow.com

David G. Utley     dutley@davisyoung.com

Mitchell T. Theodore     c8@corywatson.com

Brett C Thompson     c8@corywatson.com

Marques P.D. Richeson     MDL2433@squirepb.com

Nina M. Towle     nherring@corywatson.com, ntowle@corywatson.com

**WVS/2:20-cv-00200 Notice will not be electronically mailed to:**

**WVS/2:20-cv-00201 Notice has been electronically mailed to:**

F. Jerome Tapley     jtapley@corywatson.com, rlutz@corywatson.com

Niall A Paul     npaul@spilmanlaw.com

Elizabeth Ellis Chambers     c8@corywatson.com

Damond R. Mace     MDL2433@squirepb.com, cle_dckt@squirepb.com, pamela.haddon@squirepb.com

Stephen M. Fazio     stephen.fazio@squirepb.com

Jon C. Conlin     jconlin@corywatson.com, lstovall@cwcd.com, mtheodore@corywatson.com

Gregory H. Collins     gcollins@cruglaw.com

Clifford F. Kinney, Jr     ckinney@spilmanlaw.com, cdinklocker@spilmanlaw.com, sburch@spilmanlaw.com

Ethan Vessels     ethan@fieldsdehmlow.com

David G. Utley     dutley@davisyoung.com

Mitchell T. Theodore     c8@corywatson.com

Brett C Thompson     c8@corywatson.com

Marques P.D. Richeson     MDL2433@squirepb.com

Nina M. Towle     nherring@corywatson.com, ntowle@corywatson.com

**WVS/2:20-cv-00201 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=4/9/2020] [FileNumber=979927-0] [
26d1ae27737c15e2b97ceeefbc543126b621025dd9ce382da6bb805411e8b300166961
d71fffa2e8c02b3b0041e014327588041ce9b783d3ccb58ee3e42e3d1f]]